**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Wilver Rene ROBLES–GALVAN,
Defendant–Appellant.**

**No. 13–41123.**

United States Court of Appeals,
Fifth Circuit.

Oct. 15, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Federal Public Defender's Office, Houston, TX, for Defendant–Appellant.

Before JOLLY, HIGGINBOTHAM, and OWEN, Circuit Judges.

PER CURIAM: *

We have reviewed the briefs, pertinent portions of the record, and the applicable law and have heard the arguments of counsel. We conclude that the district court did not clearly err in finding that Robles–Galvan's possession of firearms and ammunition "had the potential of facilitating" his commission of the offense of illegal reentry. *See* U.S.S.G. § 2K2.1 cmt. n. 14(A). The district court's enhancement of Robles–Galvan's sentence under section 2K2.1(b)(6)(B) of the Sentencing Guidelines is, therefore,

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

